```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF KENTUCKY
               NORTHERN DIVISION
                 AT COVINGTON
```

**CIVIL ACTION NO. 2014-21 (WOB-CJS)**

**KATHLEEN GRECH**                                           **PLAINTIFF**

VS.                          <u>ORDER</u>

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #14), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. #12) is **denied;** and that defendant's motion for summary judgment (Doc. #13) is **granted.** A separate Judgment shall enter concurrently herewith.

This 15th day of May, 2015.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge